**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

DAVID GELINAS,                      CASE NO.: 8:17-cv-03040-MSS-JSS
    Plaintiff,

vs.

MGC MORTGAGE, INC.,
    Defendant.
_____/

**NOTICE OF SETTLEMENT**

**COMES NOW**, Plaintiff, DAVID GELINAS ("Plaintiff"), by and through undersigned counsel, and hereby files this Notice of Settlement, and states that Plaintiff and Defendant, MGC MORTGAGE, INC., have come to an amicable settlement agreement.

Date: **May 3, 2018**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of May, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                           /s/ Christopher W. Boss
                                           Christopher W. Boss, Esq.
                                           FL Bar No.: 13183
                                           Boss Law
                                           Service Email: CPservice@bosslegal.com
                                           9887 4th Street N., Suite 202
                                           St. Petersburg, FL 33702
                                           Phone: (727) 471-0039
                                           Fax: (727) 471-1206
                                           Counsel for Plaintiff