UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID GELINAS,

    Plaintiff,

v.                                                    **Case No: 8:17-cv-3040-MSS-JSS**

MGC MORTGAGE, INC.,

    Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On May 3, 2018, Plaintiff filed a Notice of Settlement, informing the Court that the Parties reached a settlement in the above-captioned case. (Dkt. 25) Therefore it is hereby

**ORDERED** that pursuant to Rule 3.08 (b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the sixty (60)-day period, the dismissal shall be with prejudice. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 10th day of May, 2018.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party